IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH ALBERT TAYLOR,                )<br>                                                            )<br>                    Plaintiff,            )<br>                                                            )<br>           v.                                           )<br>                                                            )<br>JOHN LEDUC, RICHARD T. FISHER, )<br>TERESA PREDMORE, MARIO PEART, )<br>MIKE KENNY, R. C. RICHARD, J. X.  )<br>HOPKINS, and HAROLD W. CLARKE, )<br>                                                            )<br>                    Defendants.        )<br>_____ ) | 4:05CV3092<br><br><br>REASSIGNMENT ORDER |

Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 5) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 19th day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge