IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH ALBERT TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3092 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | (appeal) |
| JOHN LEDUC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   In the court's Memorandum and Order assessing the appellate filing fees for the appeal by the plaintiff, Joseph Albert Taylor, a prisoner, the court directed the Clerk of Court to request the necessary inmate trust account information from the appropriate officer at the plaintiff's institution. The court further stated that upon receipt of the trust account information, the court would calculate the initial partial appellate filing fee, notify the plaintiff and the plaintiff's institution accordingly, and process the appeal to the Eighth Circuit Court of Appeals. The Clerk of Court has obtained the plaintiff's inmate trust account information, and the plaintiff's initial partial appellate filing fee is $0.01. The Clerk of Court shall send a copy of this Memorandum and Order to the parties, the plaintiff's institution and the Eighth Circuit.

   December 6, 2005.    BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge